Philip G. Jones (1748)
Chapter 7 Trustee
853 West Center Street
Orem, Utah 84057
Telephone: (801) 224-2119
Fax: (801) 224-6345

FILED IN THE
UNITED STATES
BANKRUPTCY COURT

2011 APR 26 AM 11:28

DISTRICT OF UTAH

IN THE UNITED STATES BANKRUPTCY COURT FOR

THE DISTRICT OF UTAH CENTRAL DIVISION

| In Re: | Case No. 08-23607 |
|---|---|
| STEPHEN E. ANDERSON | Chapter 7 |
| KRISTIN ANDERSON | Judge: WILLIAM T. THURMAN |
| Debtor(s). | |

**DEPOSIT OF UNCLAIMED FUNDS**

COMES NOW Philip G. Jones, the trustee of the above referenced bankruptcy case, and hereby represents to the Court that:

\_\_\_\_ A  The following check(s) was/were issued to the creditor(s) listed below in the amount(s) listed. The check(s) was/were not cashed, and subsequently returned to the Trustee, and the Trustee stopped payment on or voided said check(s), and/or

_x_ B  The check listed below represents a small dividend payable to the court pursuant to Bankruptcy Rule 3010.

| CLAIM# | CREDITOR & ADDRESS (LAST KNOWN) | CHECK AMOUNT |
|---|---|---|
| 1 | Living Scriptures Inc<br>3625 Harrison Blvd<br>Ogden, UT 84403 | 1.65 |
| 11 | GE Money Bank<br>Care of Recovery Management Systems Corp<br>dba MERVYN"S<br>25 SE 2nd Ave Ste 1120<br>Miami FL 33131 | 4.68 |
| 12 | GE Money Bank<br>Care of Recovery Management Systems Corp<br>dba LOWES CONSUMER<br>25 SE 2nd Ave Ste 1120 | 2.93 |

|    | Miami FL 33131 |      |
|----|----------------|------|
| 14 | FIA CARD SERVICES, NA/BANK OF AMERICA<br>by American InfoSource LP as its agent<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | 4.22 |
| 15 | Mountain America Federal Credit Union<br>Attn: Darwin H. Bingham, Scalley Reading<br>15 West South Temple, Suite 600<br>Salt Lake City, Utah 84101 | 1.85 |

A check in the amount of $15.33 representing said funds in payable to the United States Bankruptcy Court, and is attached hereto.

DATED this 22nd day of April, 2011.

PHILIP G. JONES
Chapter 7 Trustee

CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing DEPOSIT OF UNCLAIMED FUNDS was mailed to the following persons by depositing the same in the United States Mail, first-class postage prepaid or by electronic filing, this 22nd day of April, 2011:

U.S. Trustee's Office
Boston Building, Suite 100
9 Exchange Place
Salt Lake City, Utah 84111

DEXTER, J. BRYAN
DEXTER & DEXTER ATTORNEYS AT LAW, PC
UNIVERSITY OFFICE PARK
1360 SOUTH 740 EAST
OREM, UT 84097